UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE TALISMAN GROUP, LLC,<br>a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DEQ SYSTÈMES CORP., a Canadian corporation, and DEQ-USA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:13-cv-02017-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, THE TALISMAN GROUP, LLC, and Defendants, DEQ SYSTÈMES CORP., and DEQ-USA, INC., hereby stipulate to the dismissal of the captioned lawsuit, together with all claims raised therein, with prejudice, each party to pay its own costs, fees, and expenses.

Dated this 7th day of July, 2015.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER LLP | WEIDE & MILLER. LTD. |
| BY:  /S/ Michael J. McCue<br>MICHAEL J. MCCUE<br>Nevada Bar No. 6055<br>3993 Howard Hughes Parkway,<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorney for Plaintiff The Talisman Group, LLC* | BY:  /S/ F. Christopher Austin<br>F. CHRISTOPHER AUSTIN<br>Nevada Bar No. 6559<br>7251 West Lake Mead Blvd.<br>Suite 530<br>Las Vegas, Nevada 89128<br><br>*Attorney for Defendants DEQ Systèms Corp. and DEQ-USA, Inc.* |

**ORDER**

Based upon the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: July 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

FCA-W-0229